1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   MISTY L. DANTE
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Misty.Dante@usdoj.gov
   *Attorneys for the United States*

6

7

8

9              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
10

11  United States of America,              | 3:24-CV-480-ART-CSD

12              Plaintiff,                  | **Order for Summons and Warrant of**
                                            | **Arrest in Rem for the Property and**
13          v.                              | **Notice**

14  $60,141 in United States Currency,

15              Defendant.

16       A Complaint for Forfeiture in Rem arising from a federal statute has been filed by

17  the United States of America under the Supplemental Rule for Admiralty or Maritime

18  Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G. The Court, having

19  reviewed the Complaint, has found probable cause and that the United States has

20  possession of the defendant property; therefore, the Clerk shall issue a Summons and

21  Warrant of Arrest in Rem for the Property, under Fed. R. Civ. P. Supp. Rule G(3)(b).

22       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a Summons

23  and Warrant of Arrest in Rem for the Property issue against the $60,141 in United States

24  Currency (property);

25       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United

26  States seize, arrest, attach, take into custody, and retain the property;

27       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that notice of the

28  action and the arrest be given by the United States on the United States' official internet

1    forfeiture site, www.forfeiture.gov, for at least 30 consecutive days under Fed. R. Civ. P.

2    Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this

3    action;

4         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the

5    Complaint for Forfeiture In Rem, this Order, the Summons and Warrant of Arrest in Rem

6    for the Property, and the Notice of Complaint for Forfeiture and Arrest be personally

7    served or sent by certified mail, return receipt requested, and regular mail to any person

8    who reasonably appears to be a potential claimant on facts known to the United States

9    before the end of the 60 day publication period which is reasonably calculated to notify

10   potential claimants of this action;

11        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United

12   States shall file proof of publication and service with the Clerk of this Court;

13        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a person or

14   an entity who asserts an interest in the defendant property must, under Fed. R. Civ. P.

15   Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the

16   property, that (a) identifies the specific property claimed, (b) identifies the claimant and

17   states the claimant's interest in the property, and (c) is signed by the claimant under penalty

18   of perjury under 28 U.S.C. § 1746;

19        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or

20   entity must file the verified claim with the Clerk of the above-entitled Court no later than

21   35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after

22   the first day of publication on the official internet government forfeiture site,

23   www.forfeiture.gov;

24        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or

25   entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule

26   12 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building,

27   400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, no later than 21 days after filing

28   the verified claim;

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the person or

2  entity must serve a copy of the verified claim and the answer at the time of each filing on

3  Misty L. Dante, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite

4  1100, Las Vegas, Nevada 89101.

5    Failure to file a verified claim and an answer within the prescribed times shall result

6  in a judgment of forfeiture by default.

7    DATED __October 24_____, 2024.

9

10    CRAIG S. DENNEY
     U.S. MAGISTRATE JUDGE