# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>$60,141 in United States Currency,<br><br>　　　　　　　　　　　Defendant. | 3:24-cv-00480-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 8 |

　　　Before the court is Claimant Jon Aaron Montoya's Motion for Extension of Time to File Answer. (ECF No. 8.)

　　　Good cause appearing, Claimant's Motion for Extension of Time to File Answer (ECF No. 8) is **GRANTED**.  Claimant Jon Aaron Montoya shall have and including **January 30, 2025**, to file a response to the Complaint.

　　　**IT IS SO ORDERED.**

　　　DATED:  December 17, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge